FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT MARYLAND
FOR THE DISTRICT OF MARYLAND

2022 FEB -4  PM 3: 56

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

---

**Mr.Eric Torres**

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*


**-against-**

**Nexus-Woodbourne family healing center**

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. LKG  22-cv - 310

*(to be filled in by the Clerk's Office)*

Jury Trial:      ■ Yes    ☐ No
              *(check one)*

## I.  The Parties to This Complaint

### A.  The Pl intiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Mr.Eric Torres |
| Street Address | 1930 Windsor ave.apt204 |
| City and County | Baltimore,MD |
| State and Zip Code | 21217 |
| Telephone Number | 443-985-0347 |
| E-mail Address | eri2torres125@gmail.com |

### B.  The Defend nt(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nexus-Woodbourne family healing center |
| Job or Title (if known) | |
| Street Address | 1301 Woodbourne ave |
| City and County | Baltimore,MD |
| State and Zip Code | 21239 |
| Telephone Number | 410-433-1000 |
| E-mail Address (if known) | |

2

Defendant No. 2

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. 3

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. 4

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address
(if known) _____

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

3

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limit d pow r). G n rally, only two types of cases can be heard in federal court: cas s involvin a f d ral qu stion and cas s involving diversity of citizenship of th parti s. Und r 28 U.S.C. § 1331, a cas arisin under the United States Constitution or f d ral laws or tr ati s is a f d ral qu stion cas . Under 28 U.S.C. § 1332, a case in which a citiz n of on Stat su s a citiz n of anoth r State or nation and the amount at stake is mor than $75,000 is a div rsity of citiz nship case. In a diversity of citizenship case, no d f ndant may b a citiz n of th sam Stat as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐  Federal question                    ☒  Div rsity of citiz nship

Fill out the paragraphs in this section that apply to this cas .

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, f d ral tr ati s, and/or provisions of th Unit d States Constitution that are at issu in this cas .

_____

_____

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Eric Torres _____, is a citiz n of the State of *(name)* Balitmore,md _____.

b.    If th plaintiff is a corporation

Th plaintiff, *(name)* _____, is incorporat d und r th laws of th Stat of *(name)* _____, and has its principal plac of busin ss in th Stat of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a ci izen of the State of *(name)* _____ . *Or* is a ci izen of *(foreign nation)* _____ _.

b.   If the defendant is a corpora ion

The defendant, *(name)* Nexus-Woodbourne family healing , is incorporated under  he laws of  he S a e of *(name)* Balitmore MD _____, and has i s principal place of business in the Sta e of *(name)* Balitmore M _____. *Or* is incorporated under  he laws of *(foreign nation)* _____, and has i s principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy    he amoun   he plain iff claims  he defendan owes or the amount at stake—is more  han $75,000, no  coun ing in eres and costs of court, because *(explain)*:

Emotional distress which is a total damage of $50,000. This injunction relief would compensate

presently due to the loss of of housing and living expenses

which includes rent, food, monthly automobile and car insurance unfortunately.etc

5

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I am requesting  you attain the termination letter from Nexus Woodbourne Fami y Healing sen  on December 22,2020

which serves as a confirmation stating I violated the organization polici s  "Attendance and Abs nteeism"  However,this

is a false accusation and documentation because I never received a verbal or written warning

Therefore, I am requesting Nexus policy Procedures (HR-201) in addition to any documentation proven that I was late

or absent. I am suing for Defamation of Character which in detail falsified a published docume t which was sen  to

Maryland Department of Labor and Emotional Distress which is a total damage of 50,000

This injunction relief would compensate p esently due to th  loss of housing and living expenses which

expenses which in ludes rent, food, month y automobile, an  car insurance. Un ortuna ely,  he loss of my livelihood

has impacted me psychologically daily experiencing anxiety, loss of sle  p, depression a  d feeling

and feeling hopelessly unable to attain employment.

6

**IV.** **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to. actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Emotiona Distress which is a total damage of $50,000 This injunction relief would compensate presently due to the loss

of housing and living e penses which includes rent, food, month y automobile, and

car insurance. Unfortunately, the loss of my livelihood has impacted me

psycho ogically daily experiencing anxiety, loss of s ee ,  epression and feeling hopelessly unable to attain emp oyment.

## V.    Certification and Cl sing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties With ut an Att rney

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 27 2022

Signature of Plaintiff _____

Printed Name of Plaintiff _____Eric Torres_____

*(If mor  than on  plaintiff is nam d in th  complaint, attach an additional c rtification and signatur  pag  for  ach additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__ .

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number

Name of Law Firm _____

Address _____

Telephone Number _____

Email Address _____

8